NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LENS.COM, INC.,**
*Appellant,*

v.

**1-800 CONTACTS, INC.,**
*Appellee.*

---

2011-1258
(Cancellation No. 92049925)

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board.

---

## ON MOTION

---

## O R D E R

LENS.COM moves for a 7-day extension of time, until August 18, 2011, to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

AUG 1 8 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Anthony J. DeGidio, Esq.
Mark A. Miller, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 1 8 2011

JAN HORBALY
CLERK